FILED
SEP - 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**PLAINTIFF**
DAVID E. OLSON
2002 SANTA CREEK RD./P.O. BOX 251
ST. MARIES, IDAHO 83861
(208)245-5654

VS.

**DEFENDANT**
FEDERAL ELECTION COMMISSION
999 E STREET, N.W.
WASHINTON, D.C. 20463

Case: 1:07-cv-01584
Assigned To : Friedman, Paul L.
Assign. Date : 9/6/2007
Description: Admn. Agency Review

## COMPLAINT

### I. Introduction

This petition request a judicial review of the Federal Election Commission's dismissal action of a complaint filed by Dave Olson with the Commission on November 21, 2006, with a file identifier of MUR: 5884. The complaint was dismissed July 12, 2007.

### II. Facts

The complainant, Dave Olson, a candidate in the 2006 elections for the House of Representatives seat in the Idaho 1st Congressional District, alleges the opposing candidates violated 11C.F.R. § 400.20 by failing to provide him with copies of their Statement of Candidacy (FEC Form 2).

The Federal Election Commission contends that, this requirement does not impose a continuing obligation on the previously registered candidates to notify new

1

candidates or to supply them copies of previously registered candidates FEC Form 2's in the same election. Conversely new candidates entering the race have an obligation to provide copies of their Form 2's, to the all other opponents already registered in the race, notwithstanding whether or not they intend to expend any of their own funds that may exceed the personal limits.

### III. Analysis

The complainant, Dave Olson, who was an Independent Candidate in the 2006 election, contends that under this ruling, that an advantage was rendered to party candidates and those that registered for the ballot prior to his establishment of a campaign. Further the Federal Election Commission violated various election laws and its own stated purpose and applicability, and thereby denied Dave Olson's civil rights of fair and equal protection under those laws. SEE: 11C.F.R. § 7.1(a).

The complainant further contend that an "opposing candidate" is any candidate for the same office or position in an election. SEE: 2U.S.C. § 431 (2). Elections are divided into 2 separate parts and there is no distinction made as to when individuals sign up or appear on the ballot. The two parts to an election are the primary election and general election. That, individuals may become "opposing candidates" at either the primary or general election parts.. SEE: 11C.F.R. 400.3.

Under Idaho Statutes, party affiliated candidates pay a fee to be on the state ballots. Party affiliated candidates participate in a primary election. "Independent candidates shall not be voted on at primary elections." SEE: Idaho Statutes 34-701 (2) and 34-703 Independent Candidates have a further restriction and requirement to obtain five hundred (500) signatures of registered voters, for the congressional

district, which must be certified by the county clerks and then filed with the state before the individual can even appear on the ballot. This creates a time consuming and labor intensive effort on Independent Candidates. SEE: Idaho Statutes 34-708(2)(b).

The complainant contends that;

"Within 15 days of becoming (a) candidate, the candidate must file a Declaration of Intent with the Commission and with each opposing candidate." SEE: 11C.F.R. § 400.20(a)(1) and 2U.S.C.§ 441a-1(b)(1)(B).

Candidates are again required to file FEC Form 2 electronically to "each opposing candidate". SEE: 11C.F.R. § 400.20(b)(2).

There further exists, Initial notification of expenditures from personal funds, requirements for Candidates to notify the Commission, each opposing candidate and the national party of each opposing candidate of expenditures of $350,000 within 24 hours. SEE: 11C.F.R. § 400.21(b) and 2U.S.C § 441a-1(b)(1)(C).

Further notifications are required, Additional notification of expenditures from personal funds, requirements for candidates to notify the Commission, each opposing candidate and the national party of each opposing candidate of expenditures of $10,000 within 24 hours. SEE: 11C.F.R. § 400.22(b) and 2U.S.C. § 441a-1(b)(1)(D).

There exist further combining and repeated restatement of these requirements in 2U.S.C § 441a-1(b)(1)(F).

As demonstrated by these repeated statements and statutes cited, it is the contention of the complainant there exists a constant and continuing notification

requirement for Candidates to send copies of their FEC Form 2's to each opposing candidates regardless of when they entered the electoral race. That further requiring Independent Candidates or candidates, who entered after the primary elections or later, to then require them to supply Form 2's and divulge Campaign and financial data to all the other candidates would render an unfair advantage to party affiliated candidates and further complicate Independent Candidates' ability to run on a level and competitive election field.

It should be further noted that the Federal Election Form 2 is a simple one page document. The meeting of the requirements to supply Form 2's to opposing candidates and complying with the laws would be a matter of copying it and electronically sending it all agencies or persons concerned. Compliance would require a minimal of effort or expense at most on the part of a Candidate.

Dave Olson alleges the Federal Election Commission failed to meet the Judicial Review, Standard of Review 2USCS § 437g(a)(8)(C) and 10A FED Proc § 28:320 FEC determination is contrary to law: (1) the agency dismissed the complaint as a result of an impermissible interpretation of the Federal Campaign Act, or (2) the agency's dismissal of the complaint, under permissible interpretation of the statute, was arbitrary or capricious or an abuse of discretion.

IV. **Request For Relief**

The request for relief sought from the court by this complainant would be;

1. The court declare that the dismissal or failure to act was in contrary to elections statutes and direct the Federal Election Commission to conform or abide by election statutes or rules in future elections to ensure public trust in the fairness, honesty, independence and integrity of the federal election process.

2. The Federal Election Commission be ordered to pay damages to David E. Olson, the sum of fifty-thousand dollars, ($50,000) for violation of the Federal Election Campaign Act of 1971 and the established laws governing campaign notifications. For civil rights violation and for time, travel and legal expenses incurred to pursue this case.

*David E. Olson*
David E. Olson
2002 Santa Creek Rd./P.O. Box251
St. Maries, Idaho 83861

On this ___29___ day of __August__, 2007, before me, the undersigned a notary public in and for the State of Idaho, personally appeared David E. Olson.

In WITNESS WHEREOF, I have here unto set my hand and affixed my official seal the day and year in this certificate first above written.

*Margaret Louise Petersen*
Notary Public in and for __Idaho__
Residing at __St. Maries__
Commission expires __11-4-2008__

MARGARET LOUISE PETERSEN
NOTARY PUBLIC
STATE OF IDAHO

*DAVID E. OLSON*
*VS*
*FEC*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

FILED
SEP - 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Case: 1:07-cv-01584
Assigned To : Friedman, Paul L.
Assign. Date : 9/6/2007
Description: Admn. Agency Review

**MOTION TO COURT**

David E. Olson, the Complainant, in the matter before the court in **OLSON VS. FEDERAL ELECTION COMMISSION**, requests that the court permit him to represent himself within any court hearings or actions. The Complainant is a Citizen of the United States and resident of the state of Idaho. David E. Olson is the central and only person involved in this legal action and is most knowledgeable of the history, circumstances and all aspects of the case.

David E. Olson has degrees in Political Science and Criminal Justice from the University of Idaho in Moscow, Idaho and writes and speaks English. It is on these bases and other life experiences that I believe myself fully competent to present and handle this matter before the court.

*David E. Olson* (signature)

David E. Olson
2002 Santa Creek Rd./P.O. Box251
St. Maries, Idaho 83861
(208)245-5654

On this __29__ day of __August__, 2007, before me, the undersigned a notary public in and for the State of Idaho, personally appeared David E. Olson.

In WITNESS WHEREOF, I have here unto set my hand and affixed my official seal the day and year in this certificate first above written.

*Margaret Louise Petersen* (signature)
Notary Public in and for __Idaho__
Residing at __St. Maries__
Commission expires __11-4-2008__

MARGARET LOUISE PETERSEN
NOTARY PUBLIC
STATE OF IDAHO

2

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

| I (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| David E. Olson   2002 Santa Creek Rd./P.O. Box 251 St. Maries, Idaho 83861  Benewah Co. Id. (88888) | Federal Election Commission 999 E Street, N.W. Washington, D.C. 20463 |
| David E. Olson  2002 Santa Creek Rd./P.O. Box 251 St. Maries, Idaho 83861 (208)245-5654 | Case: 1:07-cv-01584 Assigned To : Friedman, Paul L. Assign. Date : 9/6/2007 Description: Admn. Agency Review |

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

**☐ A. Antitrust**
- ☐ 410 Antitrust

**☐ B. Personal Injury/Malpractice**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Medical Malpractice
- ☐ 365 Product Liability
- ☐ 368 Asbestos Product Liability

**☒ C. Administrative Agency Review**
- ☐ 151 Medicare Act

Social Security:
- ☐ 861 HIA ((1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g)
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g)

Other Statutes:
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☒ 890 Other Statutory Actions (If Administrative Agency is Involved)

**☐ D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

**☐ E. General Civil (Other) OR ☐ F. Pro Se General Civil**

Real Property
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent, Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

Personal Property
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

Bankruptcy
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

Prisoner Petitions
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

Property Rights
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

Federal Tax Suits
- ☐ 870 Taxes (US plaintiff or defendant
- ☐ 871 IRS-Third Party 26 USC 7609

Forfeiture/Penalty
- ☐ 610 Agriculture
- ☐ 620 Other Food &Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 RR & Truck
- ☐ 650 Airline Regs
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

Other Statutes
- ☐ 400 State Reapportionment
- ☐ 430 Banks & Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation

- ☐ 470 Racketeer Influenced & Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Satellite TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 900 Appeal of fee determination under equal access to Justice
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ☐ G. *Habeas Corpus/ 2255*<br>☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ H. *Employment Discrimination*<br>☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ I. *FOIA/PRIVACY ACT*<br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br><br>*(If pro se, select this deck)* | ☐ J. *Student Loan*<br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ☐ K. *Labor/ERISA (non-employment)*<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ L. *Other Civil Rights (non-employment)*<br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ M. *Contract*<br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ N. *Three-Judge Court*<br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ Multi district Litigation  ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** Federal Election Campaign Act 1971, U.S.C. §437g(a)(8). 11C.F.R. 400.20, 11C.F.R. 400.21, 11C.F.R. 400.22. I am seeking judicial review of the Commission dismissal action on complaint.

**VII. REQUESTED IN COMPLAINT**  CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐   DEMAND $ 50,000   Check YES only if demanded in complaint  JURY DEMAND: ☐ YES ☒ NO

**VIII. RELATED CASE(S) IF ANY**  (See instruction) ☐ YES ☒ NO   If yes, please complete related case form.

DATE 9-6-07    SIGNATURE OF ~~ATTORNEY OF~~ RECORD   David Edwin Olson

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

