UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

David E. Olson
2002 Santa Creek Rd./P.O. Box 251
St. Maries, Idaho 83861

vs.

Case No. 07-cv-01584

Federal Election Commission
999 E Street, N.W.
Washington, D.C. 20463

AFFIDAVIT OF SERVICE

I, David E. Olson, hereby declare that on the 17th day of September, 2007, I mailed a copy of the summons and complaint, certified mail return receipt requested, to the Federal Election Commission. Attached hereto is the certified green card acknowledging service.

[Certified mail return receipt (PS Form 3811) affixed, addressed to: Federal Election Commission, C/o Gen. Council Office, 999 E. Street N.W., Washington DC 20463; Article Number 7005 3110 0004 5227 1363; signed/received by FEC with stamp "RECEIVED" dated 2007 SEP]

David E. Olson
2002 Santa Creek Rd./P.O. Box 251
St. Maries, Idaho 83861
(208) 245-5654