UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

David E. Olson
2002 Santa Creek Rd./P.O. Box 251
St. Maries, Idaho 83861

vs.                                                  Case No. 07-cv-01584

U.S. Attorney General
D.O.J.
950 Pennsylvania Ave, N.W.
Wawshington, D.C. 20530

## AFFIDAVIT OF SERVICE

I, David E. Olson, hereby declare that on the 17th day of September, 2007, I mailed a copy of the summons and complaint, certified mail return receipt requested, to the Federal Election Commission. Attached hereto is the certified green card acknowledging service.

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. Attorney General
950 Pennsylvania Av
N.W.
Washington DC
20530

2. Article Number (Transfer from service label): 7006 0810 0005 7711 5444

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
SEP 21 2007

D. Is delivery address different from item 1?  ☐ Yes  ☐ No
If YES, enter delivery address below:

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

/s/ Olson

2002 Santa Creek Rd./P.O. Box 251
St. Maries, Idaho 83861
(208) 245-5654