AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

David E. Olson,

        Plaintiff(s)         )    **APPEARANCE**

               vs.            )    CASE NUMBER   07-cv-1584 (PLF)

Federal Election Commission,

        Defendant(s)

To the Clerk of this court and all parties of record:

Please enter the appearance of __David B. Kolker__ as counsel in this
                            (Attorney's Name)

case for: __Federal Election Commission__
             (Name of party or parties)

__11/15/07__
Date

__DC Bar No. 394558__
BAR IDENTIFICATION

*(signature)*
Signature

David B. Kolker
Print Name

999 E Street NW
Address

Washington, DC 20463
City    State    Zip Code

(202) 694-1650
Phone Number