AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

David E. Olson,

      Plaintiff(s)      ) **APPEARANCE**

vs.      ) CASE NUMBER  07-cv-1584 (PLF)

Federal Election Commission,

      Defendant(s)

To the Clerk of this court and all parties of record:

Please enter the appearance of __Kevin Deeley__ as counsel in this
                            (Attorney's Name)

case for: __Federal Election Commission__
                 (Name of party or parties)

| | |
|---|---|
| 11/15/07 | *(signature)* |
| Date | Signature |
| | Kevin Deeley |
| | Print Name |
| BAR IDENTIFICATION | 999 E Street NW |
| | Address |
| | Washington, DC 20463 |
| | City   State   Zip Code |
| | (202) 694-1650 |
| | Phone Number |