A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

David E. Olson,

                  Plaintiff(s)         )

                             )

                             )

                             )

                   vs.           )

Federal Election Commission,    )

                             )

            Defendant(s)     )

**APPEARANCE**

CASE NUMBER    07-cv-1584 (PLF)

To the Clerk of this court and all parties of record:

Please enter the appearance of ___Adav Noti_____ as counsel in this
                                (Attorney's Name)

case for:___Federal Election Commission_____
                  (Name of party or parties)

___11/15/07_____
Date

DC Bar No. 490714_____
BAR IDENTIFICATION

_____[signature]_____
Signature

Adav Noti_____
Print Name

999 E Street NW_____
Address

Washington, DC 20463_____
City        State        Zip Code

(202) 694-1384_____
Phone Number